**Appeal Dismissed and Memorandum Opinion filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00791-CV

---

## GALVAN, THOMAS (D/B/A TOM'S TRUCKING), Appellant

## V.

## AMISTAD GROUP, LLC, Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2020-13222**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from orders signed November 5, 2020. Appellant's brief was due January 7, 2021. No brief or motion to extend time to file the brief was filed.

On January 12, 2021, the court ordered appellant to file a brief by January 27, 2021. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.